IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

LEKESHA BOLTON, *individually*
*and as Mother and Next Friend of C.B,*
*a Minor, and* C.B., *a Minor*                                              PLAINTIFFS

v.                                                         Civil Action No. 1:10-cv-297-HSO-JMR

CITY OF GULFPORT, *by and through*
*its Mayor George Schloegel, and*
GULFPORT POLICE DEPARTMENT, *Chief*
*of Police Allen Weatherford, in his official*
*capacity, and* W.J. RIDDLE, *Officer, acting*
*under color of state law, and*
ANTHONY P. CLARITE, *Officer, acting under*
*color of state law, and* J. WUEST, *Officer,*
*acting under color of state law*                                            DEFENDANTS

## ORDER GRANTING AS UNOPPOSED PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' EXPERT WITNESS MARK DUNSTON

Before the Court is the Motion [96] to Strike Defendants' Expert Witness Mark Dunston, filed by Plaintiff Lekesha Bolton, individually and as Mother and Next Friend of her daughter C.B., a minor.  Defendants have not responded to the Motion.  The Magistrate Judge advised the parties on March 4, 2013, that "[n]o further extensions will be granted unless exceptional circumstances arise."  Text Order.  Plaintiff's Motion [96] should be granted as unopposed.  L. U. CIV. R. 7(b)(3)(E)("If a party fails to respond to any motion, other than a dispositive motion, within the time allotted, the court may grant the motion as unopposed."); *see Benton v. Wal-Mart Stores East, LP,* No. 3:11cv313-TSL-MTP, 2012 WL 1657134, *1

(S.D. Miss. May 10, 2012); *West v. Progressive Gulf Ins. Co.,* 1:10cv3-HSO-JMR, 2011 WL 7051678, *1 (S.D. Miss. Jan. 18, 2011).

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Plaintiff Lakesha Bolton's  Motion [96] to Strike Defendants' Expert Witness Mark Dunston is **GRANTED AS UNOPPOSED**.

**SO ORDERED AND ADJUDGED**, this the 16th day of May, 2013.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE